**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

In Re:

Lillian Rodriguez-Mayor

Case No.: 16-23254
Chapter: 13
Adv. No.: 
Hearing Date: 20 September 2016
Judge: RG

## CERTIFICATION OF SERVICE

1. I, ____Vincent D. Commisa____:

    ☒ represent ____the debtor____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ____13 September 2016____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Letter advising of new date of 20 September 2016 at 10:00 a.m. for First Meeting of Creditors.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 13 September 2016

/s/ Vincent D. Commisa
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998<br><br>Comenity Bank<br>4590 E. Broad Street<br>Columbus, OH 43213 | Unsecured Creditor<br><br>Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| First Premier Bank<br>601 S Minnesota Avenue<br>Sioux Falls, SD 57104<br><br>Military Star<br>PO Box 650410<br>Dallas, TX 75236 | Unsecured Creditor<br><br>Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| NJ State Division of Pensions<br>50 West State Street<br>Trenton, NJ 08625<br><br>On Line Collections<br>PO Box 1489<br>Winterville, NC 28590 | Unsecured Creditor<br><br>Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Regional Acceptance Co.<br>621 W. Newport Pike<br>Wilmington, DE 19804<br><br>Simons Agency Inc.<br>4963 Wintersweet Drive<br>Liverpool, NY 13088 | secured Creditor<br><br>Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The Bureaus Inc.<br>1717 Central Street<br>Evanston, IL 60201 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |