

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br><br>   LILLIAN RODRIGUEZ-MAYOR |

**Order Filed on October 21, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  **16-23254RG**

Hearing Date:  **10/19/2016**

Judge:  **ROSEMARY GAMBARDELLA**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 21, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):   LILLIAN RODRIGUEZ-MAYOR

Case No.:  16-23254RG

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 10/19/2016 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must file a Pre-Confirmation Certification by 10/31/16  or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that Debtor to resume making payments for a total of $500.00 per month beginning on 10/1/16, and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 12/7/2016 at 9:00 a.m..