

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

Order Filed on October 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   LILLIAN RODRIGUEZ-MAYOR

Case No.:  16-23254RG

Hearing Date:  10/19/2016

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 21, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):   LILLIAN RODRIGUEZ-MAYOR

Case No.:  16-23254RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 10/19/2016 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must file a Pre-Confirmation Certification by 10/31/16 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that Debtor to resume making payments for a total of $500.00 per month beginning on 10/1/16, and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 12/7/2016 at 9:00 a.m..

United States Bankruptcy Court
District of New Jersey

In re:  
Lillian Rodriguez-Mayor  
    Debtor

Case No. 16-23254-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 21, 2016  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.  
db          +Lillian Rodriguez-Mayor,    168 Sherman Avenue,    Glen Ridge, NJ 07028-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       Marie-Ann  Greenberg    magecf@magtrustee.com  
       Vincent  Commisa    on behalf of Debtor Lillian  Rodriguez-Mayor vcommisa@vdclaw.com  
                                                            TOTAL: 3