Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−23254−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lillian Rodriguez−Mayor
   168 Sherman Avenue
   Glen Ridge, NJ 07028

Social Security No.:
   xxx−xx−6806

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/22/16 and a confirmation hearing on such Plan has been scheduled for 12/7/16.

The debtor filed a Modified Plan on 11/1/16 and a confirmation hearing on the Modified Plan is scheduled for 12/7/16 at 9:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 2, 2016
JJW: wdh

James J. Waldron
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 16-23254-RG
Lillian Rodriguez-Mayor                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 02, 2016
                              Form ID: 186             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db             +Lillian Rodriguez-Mayor,    168 Sherman Avenue,    Glen Ridge, NJ 07028-1516
516388458     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
516471206      +Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516388459      +Comenity Bank,    4590 E. Broad Street,    Columbus, OH 43213-1301
516388460      +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
516451996      +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
516388463      +NJ State Division of Pensions,    50 West State Street,    Trenton, NJ 08608-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2016 23:06:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2016 23:06:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516293443       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2016 23:03:29
                 American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516388462       E-mail/Text: BankruptcyNotices@aafes.com Nov 02 2016 23:06:03      Military Star,
                 PO Box 650410,    Dallas, TX 75236
516281315      +E-mail/Text: kzoepfel@credit-control.com Nov 02 2016 23:06:58      Central Loan Administration,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
516388464      +E-mail/Text: bankruptcy@onlineis.com Nov 02 2016 23:07:21      On Line Collections,
                 PO Box 1489,    Winterville, NC 28590-1489
516281316      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 02 2016 22:58:18      Regional Acceptance Co.,
                 621 W. Newport Pike,    Wilmington, DE 19804-3235
516308631       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 02 2016 22:58:18      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
516388466      +E-mail/Text: clientservices@simonsagency.com Nov 02 2016 23:07:36      Simons Agency Inc.,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516410992       E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2016 22:57:56      The Bureaus, Inc.,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516388461*     +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
516388465*     +Regional Acceptance Co.,    621 W. Newport Pike,    Wilmington, DE 19804-3235
516388467    ##+The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Nov 02, 2016
                               Form ID: 186             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Vincent Commisa    on behalf of Debtor Lillian Rodriguez-Mayor vcommisa@vdclaw.com
                                                                                                                                TOTAL: 3