Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−23254−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lillian Rodriguez−Mayor
   168 Sherman Avenue
   Glen Ridge, NJ 07028

Social Security No.:
   xxx−xx−6806

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/17 at 10:30 AM

to consider and act upon the following:

*48* − Limited Objection to Motion to Approve Loan Modification (related document:47 Motion to Approve Loan Modification with HomeBridge/Cenlar Filed by Vincent Commisa on behalf of Lillian Rodriguez−Mayor. Objection deadline is 07/31/2017. (Attachments: # 1 Certification of Counsel in Support of Motion # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Lillian Rodriguez−Mayor) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/18/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court