UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lillian Rodriguez-Mayor,

Debtor

Case No.:     16-23254 (RG)

Chapter:      13

Hearing Date:   16 August 2017

Judge:    Rosemary Gambardella

## ORDER APPROVING LOAN MODIFICATION AND TERMINATING LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: August 23, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor: | In re: Lillian Rodriguez-Mayor |
| Case No.: | 16-23254 (RG) |
| Caption: | Order Approving Loan Modification and Terminating Loss Mitigation |

THIS MATTER having been brought before the Court by Vincent D. Commisa, Esq. on behalf of the debtor, Lillian Rodriguez Mayor, on Motion to Approve Loan Modification and Terminate Loss Mitigation and for good cause having being shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That the final Loan Modification Agreement between the lender and the debtor is hereby approved.

2. That the Standing Trustee shall cease payment of arrears on the claim filed by the mortgagee since the loan modification is in effect.

3. That the Loss Mitigation process is hereby terminated.