UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on August 23, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Lillian Rodriguez-Mayor,<br><br>Debtor | Case No.: 16-23254 (RG)<br><br>Chapter: 13<br><br>Hearing Date: 16 August 2017<br><br>Judge: Rosemary Gambardella |

## ORDER APPROVING LOAN MODIFICATION AND TERMINATING LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: August 23, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:       2
Debtor:     In re: Lillian Rodriguez-Mayor
Case No.:   16-23254 (RG)
Caption:    Order Approving Loan Modification and Terminating Loss Mitigation

THIS MATTER having been brought before the Court by Vincent D. Commisa, Esq. on behalf of the debtor, Lillian Rodriguez Mayor, on Motion to Approve Loan Modification and Terminate Loss Mitigation and for good cause having being shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That the final Loan Modification Agreement between the lender and the debtor is hereby approved.

2. That the Standing Trustee shall cease payment of arrears on the claim filed by the mortgagee since the loan modification is in effect.

3. That the Loss Mitigation process is hereby terminated.

United States Bankruptcy Court
District of New Jersey

In re:  
Lillian Rodriguez-Mayor  
      Debtor

Case No. 16-23254-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db            +Lillian Rodriguez-Mayor,    168 Sherman Avenue,    Glen Ridge, NJ 07028-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Vincent Commisa     on behalf of Debtor Lillian Rodriguez-Mayor vcommisa@vdclaw.com  
                                                                                               TOTAL: 3