Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                         Case No.: 16−23254−RG  
                         Chapter: 13  
                         Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Lillian Rodriguez−Mayor  
   168 Sherman Avenue  
   Glen Ridge, NJ 07028

Social Security No.:  
   xxx−xx−6806

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/3/18 at 09:00 AM

to consider and act upon the following:

**59** – Certification in Opposition to (related document:57 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/30/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Vincent Commisa on behalf of Lillian Rodriguez−Mayor. (Attachments: # 1 Certificate of Service) (Commisa, Vincent)

Dated: 11/30/17

                                                 Jeanne Naughton  
                                                 Clerk, U.S. Bankruptcy Court