Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−23254−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lillian Rodriguez−Mayor
   168 Sherman Avenue
   Glen Ridge, NJ 07028

Social Security No.:
   xxx−xx−6806

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 12, 2016.

On 1/11/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: February 7, 2018
Time: 09:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 12, 2018
JAN: wdh

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                         Case No. 16-23254-RG
Lillian Rodriguez-Mayor                                                        Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                  Page 1 of 2         Date Rcvd: Jan 12, 2018
                                Form ID: 185                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db             +Lillian Rodriguez-Mayor,    168 Sherman Avenue,    Glen Ridge, NJ 07028-1516
516388458     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
516388459      +Comenity Bank,   4590 E. Broad Street,    Columbus, OH 43213-1301
516388460      +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
516451996      +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
516388463      +NJ State Division of Pensions,    50 West State Street,    Trenton, NJ 08608-1220
516388467      +The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
516499643      +Vascular Epicenter,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                Parsippany NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 23:40:54     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 23:40:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516293443       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2018 00:01:02
                American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                Oklahoma City, OK 73124-8838
516471206      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2018 23:54:57
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516388462       E-mail/Text: BankruptcyNotices@aafes.com Jan 12 2018 23:40:21     Military Star,
                PO Box 650410,   Dallas, TX 75236
516510503       E-mail/Text: BankruptcyNotices@aafes.com Jan 12 2018 23:40:21
                Army & Air Force Exchange Services,    Attention: GC-G,    3911 S. Walton Walker Blvd,
                Dallas, TX 75236
516281315      +E-mail/Text: kzoepfel@credit-control.com Jan 12 2018 23:40:54      Central Loan Administration,
                425 Phillips Blvd,    Ewing, NJ 08618-1430
516388464      +E-mail/Text: bankruptcy@onlineis.com Jan 12 2018 23:41:19     On Line Collections,
                PO Box 1489,   Winterville, NC 28590-1489
516508423      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 12 2018 23:41:06     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516281316      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 12 2018 23:54:07     Regional Acceptance Co.,
                621 W. Newport Pike,    Wilmington, DE 19804-3235
516308631       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 12 2018 23:54:07     Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
516388466      +E-mail/Text: clientservices@simonsagency.com Jan 12 2018 23:41:32      Simons Agency Inc.,
                4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516410992       E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2018 23:55:12     The Bureaus, Inc.,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                                TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516388461*     +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
516388465*     +Regional Acceptance Co.,    621 W. Newport Pike,    Wilmington, DE 19804-3235
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 12, 2018
                              Form ID: 185             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Vincent Commisa    on behalf of Debtor Lillian Rodriguez-Mayor vcommisa@vdclaw.com
                                                                                           TOTAL: 3
```