| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lillian Rodriguez–Mayor<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–6806 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    7/11/16 |
| Case number: | 16–23254–RG | Date case converted to chapter: | 7    7/13/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Lillian Rodriguez–Mayor | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 168 Sherman Avenue<br>Glen Ridge, NJ 07028 | |
| 4. | **Debtor's attorney**<br>Name and address | Vincent Commisa<br>20 Manger Road<br>West Orange, NJ 07052 | Contact phone (973) 821–7722 |
| 5. | **Bankruptcy trustee**<br>Name and address | John Sywilok<br>John W. Sywilok LLC<br>51 Main Street<br>Hackensack, NJ 07601 | Contact phone (201) 487–9390 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 7/18/18 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 9, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/9/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                           Case No. 16-23254-RG
Lillian Rodriguez-Mayor                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2                  Date Rcvd: Jul 18, 2018
                              Form ID: 309A              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db             #+Lillian Rodriguez-Mayor,    168 Sherman Avenue,    Glen Ridge, NJ 07028-1516
tr              +John Sywilok,    John W. Sywilok LLC,    51 Main Street,    Hackensack, NJ 07601-7001
516451996       +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
516388463       +NJ State Division of Pensions,    50 West State Street,    Trenton, NJ 08608-1220
516388467       +The Bureaus Inc.,   1717 Central Street,    Evanston, IL 60201-1507
516499643       +Vascular Epicenter,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: vcommisa@vdclaw.com Jul 18 2018 23:50:13     Vincent Commisa,   20 Manger Road,
                 West Orange, NJ   07052
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:34     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516293443       EDI: AIS.COM Jul 19 2018 03:23:00     American InfoSource LP as agent for,    Spot Loan,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
516388458       EDI: BANKAMER.COM Jul 19 2018 03:18:00     Bank of America,   PO Box 982238,
                 El Paso, TX 79998
516471206      +EDI: PRA.COM Jul 19 2018 03:23:00     Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516388462       EDI: CBSAAFES.COM Jul 19 2018 03:23:00     Military Star,   PO Box 650410,    Dallas, TX 75236
516510503       EDI: CBSAAFES.COM Jul 19 2018 03:23:00     Army & Air Force Exchange Services,
                 Attention: GC-G,   3911 S. Walton Walker Blvd,    Dallas, TX 75236
516281315      +E-mail/Text: kzoepfel@credit-control.com Jul 18 2018 23:51:35     Central Loan Administration,
                 425 Phillips Blvd,   Ewing, NJ 08618-1430
516388459      +EDI: WFNNB.COM Jul 19 2018 03:23:00     Comenity Bank,   4590 E. Broad Street,
                 Columbus, OH 43213-1301
516388460      +EDI: AMINFOFP.COM Jul 19 2018 03:23:00     First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
516388464      +E-mail/Text: bankruptcy@onlineis.com Jul 18 2018 23:52:02     On Line Collections,
                 PO Box 1489,   Winterville, NC 28590-1489
516508423      +EDI: JEFFERSONCAP.COM Jul 19 2018 03:23:00     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516281316      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 18 2018 23:55:48     Regional Acceptance Co.,
                 621 W. Newport Pike,   Wilmington, DE 19804-3235
516308631       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 18 2018 23:55:48     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
516388466      +E-mail/Text: clientservices@simonsagency.com Jul 18 2018 23:52:16     Simons Agency Inc.,
                 4963 Wintersweet Drive,   Liverpool, NY 13088-2176
516410992       EDI: RECOVERYCORP.COM Jul 19 2018 03:23:00     The Bureaus, Inc.,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516388461*      +First Premier Bank,   601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
516388465*      +Regional Acceptance Co.,   621 W. Newport Pike,    Wilmington, DE 19804-3235
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Jul 18, 2018
                               Form ID: 309A            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
            Marie-Ann Greenberg (NA)    magecf@magtrustee.com
            Vincent Commisa    on behalf of Debtor Lillian Rodriguez-Mayor vcommisa@vdclaw.com
                                                                                        TOTAL: 4
```