UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HomeBridge Financial Services, Inc.

**Order Filed on September 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Lillian Rodriguez-Mayor,

Debtor.

Case No.: 16-23254 RG

Adv. No.:

Hearing Date: 8/1/18 @ 10:30 a.m..

Judge: Rosemary Gambardella

## ORDER VACATING STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 26, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Lillian Rodriguez-Mayor
Case No:  16-23254 RG
Caption of Order:  ORDER VACATING STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, HomeBridge Financial Services, Inc., Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 168 Sherman Avenue, Glen Ridge, NJ, 07028, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Vincent Commisa, Esquire, attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the property located at 168 Sherman Avenue, Glen Ridge, NJ, 07028 is hereby vacated effective September 30, 2018; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

.