**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lillian Rodriguez–Mayor | Social Security number or ITIN   xxx–xx–6806 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–23254–RG | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lillian Rodriguez–Mayor

10/12/18                                                                     **By the court:**   Rosemary Gambardella
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 16-23254-RG
Lillian Rodriguez-Mayor                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Oct 12, 2018
                              Form ID: 318               Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             #+Lillian Rodriguez-Mayor,    168 Sherman Avenue,    Glen Ridge, NJ 07028-1516
516451996       +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
516388463       +NJ State Division of Pensions,    50 West State Street,    Trenton, NJ 08608-1220
516388467       +The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
516499643       +Vascular Epicenter,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516293443        EDI: AIS.COM Oct 13 2018 03:33:00      American InfoSource LP as agent for,    Spot Loan,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
516388458        EDI: BANKAMER.COM Oct 13 2018 03:33:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
516471206       +EDI: PRA.COM Oct 13 2018 03:33:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516388462        EDI: CBSAAFES.COM Oct 13 2018 03:33:00      Military Star,    PO Box 650410,    Dallas, TX 75236
516510503        EDI: CBSAAFES.COM Oct 13 2018 03:33:00      Army & Air Force Exchange Services,
                 Attention: GC-G,    3911 S. Walton Walker Blvd,    Dallas, TX 75236
516281315       +E-mail/Text: kzoepfel@credit-control.com Oct 13 2018 00:15:16      Central Loan Administration,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
516388459       +EDI: WFNNB.COM Oct 13 2018 03:33:00      Comenity Bank,    4590 E. Broad Street,
                 Columbus, OH 43213-1301
516388460       +EDI: AMINFOFP.COM Oct 13 2018 03:33:00      First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
516388464       +E-mail/Text: bankruptcy@onlineis.com Oct 13 2018 00:15:50      On Line Collections,
                 PO Box 1489,    Winterville, NC 28590-1489
516508423       +EDI: JEFFERSONCAP.COM Oct 13 2018 03:33:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516281316       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 13 2018 00:19:32      Regional Acceptance Co.,
                 621 W. Newport Pike,    Wilmington, DE 19804-3235
516308631        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 13 2018 00:19:32      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
516388466       +E-mail/Text: clientservices@simonsagency.com Oct 13 2018 00:16:10      Simons Agency Inc.,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516410992        EDI: RECOVERYCORP.COM Oct 13 2018 03:33:00      The Bureaus, Inc.,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516388461*      +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
516388465*      +Regional Acceptance Co.,    621 W. Newport Pike,    Wilmington, DE 19804-3235
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 2 of 2            Date Rcvd: Oct 12, 2018
                             Form ID: 318             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Marie-Ann  Greenberg (NA)    magecf@magtrustee.com
              Vincent   Commisa    on behalf of Debtor Lillian  Rodriguez-Mayor vcommisa@vdclaw.com
                                                                                          TOTAL: 4
```